*People* v. *Ætna Contracting Corporation,* 175 App. Div. 942, affirmed.

(Argued January 16, 1917; decided January 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 10, 1916, which affirmed a judgment rendered at a Trial Term for the county of Rockland upon a verdict convicting the defendants of the crime of conspiracy in that they, with others, attempted to cheat and defraud the state of New York in connection with a contract which the Ætna Contracting Corporation had with the state of New York for the building of a certain road known as the Nyack turnpike.

*Thomas C. Hughes* and *Benjamin Levison* for appellants.

*Thomas Gagan* for respondent.

Judgment affirmed; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, ·HOGAN, CARDOZO and POUND, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
   *v.* MICHAEL ZIMMER, Respondent.

*People* v. *Zimmer,* 174 App. Div. 470, affirmed.
(Argued January 16, 1917; decided January 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 29, 1916, upon an order which reversed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of crimi-

nally receiving stolen property and directed the discharge of the defendant.

*Harry E. Lewis, District Attorney* (*Hersey Egginton* and *Harry G. Anderson* of counsel), for appellant.

*Otho S. Bowling* and *Robert H. Elder* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO and POUND, JJ. Dissenting: COLLIN and CUDDEBACK, JJ.